## OPINIONS

### INDUSTRIAL COMMISSION v. HOGLE

Ohio Supreme Court
No. 17288. Decided June 26, 1923
Error to Court of Appeals, Knox County

28. APPEALS.

No appeal from the Industrial Commission until it has taken final action denying claimant the right to participate at all in the state insurance fund.

384. WORKMEN'S COMPENSATION.

Final action on Compensation claim must formally appear on records.

DAY, J.

Epitomized Opinion

Hogle was injured while working for the Mt. Vernon Bridge Co., which was a subscriber to the state insurance fund. The Industrial Commission heard his claim and ordered compensation to be disbursed

## OHIO SUPREME COURT—Continued

from the state insurance fund and ordered the doctor's bills paid, but made no order as to compensation to be paid Hogle and took no final action fixing the amount of compensation. Hogle appealed to the Common Pleas, where a verdict was rendered for him. The judgment was affirmed by the Court of Appeals. Error was prosecuted to this court. Held:

By 1465-90 GC. an appeal lies only in case the final action of the Commission denies the claimant the right to participate in the fund based on one or more of the grounds enumerated. Every fact was here found in favor of claimant. There was no final action upon the statutory grounds. "Final action" giving the right to appeal means a denial of the right to participate at all in the state fund. Snyder v..Board, 94 OS. 342. The Common Pleas therefore has no jurisdiction to entertain the action. Defendant's motion for a directed verdict should have been sustained. Judgment reversed.

Attorneys—John G. Price, Atty. Gen, R. R. Zurmehly, Columbus, and Paul M. Ashbaugh, Mt. Vernon, for Commission; Ewalt & Blair, Mt. Vernon, for Hogle.